**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0806

In the Matter of the Succession of Wayne Edmond Breen

22nd Judicial District Court
Case #: 201530176
St. Tammany Parish

Consolidated with the following:

2021 - CA - 0807
Doctors for Women Medical Center, LLC, Craig M. Landwehr MD, LLC and Craig M. Landwehr, MD in his capacity as a Trustee of the Doctors for Women Medical Center, LLC Profit Sharing Plan and Trust
versus
Patrick Vernon Breen, Ryan Michael Breen, Devon Thomas Breen, Bridget Breen Dunbar, Sean Michael Breen, Kacie Breen, Individually and in her capacity as Tutor of the minor child, Aiden Breen, Hub International Gulf South Limited, A Division of Hub International Midwest Limited, Merrill Lynch, Fenner and Smith Inc., and Wayne E. Breen MD, LLC

On Application for Rehearing filed on 07/25/2023 by Kacie M. Breen

Rehearing _____Denied_____

_____
John Michael Guidry

_____
Page McClendon

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

_____
Guy Holdridge

_____
Wayne Ray Chutz

_____
Allison H. Penzato

Walter I. Lanier III

Elizabeth Wolfe

Chris Hester

Steven M. Miller

Hunter Greene

Date AUG 0 9 2023

Rodd Naquin, Clerk